IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


CLACKAMAS COUNTY, OREGON,                 3:13-CV-01968-HU

                Plaintiff,                ORDER

v.

RON E. MEDLEY,

                Defendant.


BROWN, Judge.

      Magistrate Judge Dennis James Hubel issued Findings and

Recommendation (#7) on December 9, 2013, in which he recommends

the Court *sua sponte* remand this matter to Clackamas County

Justice Court for lack of subject-matter jurisdiction.  Defendant

filed timely Objections to the Findings and Recommendation.  The

matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)

and Federal Rule of Civil Procedure 72(b).

1 - ORDER

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report.  28 U.S.C. § 636(b)(1).  *See also Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).

This Court has carefully considered Defendant's Objections and concludes they do not provide a basis to modify the Findings and Recommendation.  The Court also has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Hubel's Findings and Recommendation (#7) and, therefore, **REMANDS** this matter to Clackamas County Justice Court for lack of subject-matter jurisdiction.

IT IS SO ORDERED.

DATED this 3rd day of March, 2014.


/s/ Anna J. Brown
_____
ANNA J. BROWN
United States District Judge


2 - ORDER