IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **CLACKAMAS COUNTY, OREGON,** | 3:13-CV-01968-HU |
| Plaintiff, | ORDER |
| v. | |
| **RON E. MEDLEY,** | |
| Defendant. | |

**BROWN, Judge.**

    Magistrate Judge Dennis James Hubel issued Findings and Recommendation (#7) on December 9, 2013, in which he recommends the Court *sua sponte* remand this matter to Clackamas County Justice Court for lack of subject-matter jurisdiction. Defendant filed timely Objections to the Findings and Recommendation. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1). *See also Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).

This Court has carefully considered Defendant's Objections and concludes they do not provide a basis to modify the Findings and Recommendation. The Court also has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Hubel's Findings and Recommendation (#7) and, therefore, **REMANDS** this matter to Clackamas County Justice Court for lack of subject-matter jurisdiction.

IT IS SO ORDERED.

DATED this 3rd day of March, 2014.

/s/ Anna J. Brown

_____
ANNA J. BROWN
United States District Judge

2 - ORDER